**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ANAYA BLUIETT**,

**Plaintiff,**

**v.**

**BAYER CORPORATION, et al.,**

**Defendants.**                                                    **No. 09-0626-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

        Pending before the Court is Plaintiff's motion to consolidate instant action for purposes of discovery with companion case (Doc. 3).  Specifically, Plaintiff moves to consolidate the discovery with ***Hill v. Bayer Corp., et al.,* 09-0567-DRH**.  Based on the reasons stated in the motion, the Court **GRANTS** the motion.  The Court **CONSOLIDATES** this matter with ***Hill v. Bayer Corp. et al.*, 09-0567-DRH** for only discovery purposes.

        **IT IS SO ORDERED.**

        Signed this 22nd day of September, 2009.


/s/      *David R Herndon*
**Chief Judge
United States District Court**