UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH-PMF ) ) MDL No. 2100 ) |

This Document Relates To:

*Anaya Bluiett v. Bayer Corporation, et al.*   No. 3:09-cv-10005-DRH

*Rebecca Tyler v. Bayer Corporation, et al.*   No. 3:09-cv-10011-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 26, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
      Deputy Clerk

Dated: July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 10:13:55 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT